UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

CIVIL ACTION NO. 7:12-CV-101-KKC

SANDRA MORRIS, individually and as Executrix for
the Estate of Charlice Madonna Pennington
and AMANDA PARKER, PLAINTIFFS,

v. **ORDER**

APPALACHIAN REGIONAL HEALTHCARE, INC.,
RELIASTAR LIFE INSURANCE CO.,
JAMES WILEY CRAFT, II and
ANGELA HATTON MULLINS, DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter having come before the Court on a Notice of Settlement by the parties [DE 24],

IT IS HEREBY ORDERED:

1. Pending motions in the case are hereby deemed **MOOT**.

2. All pending deadlines are considered **SET ASIDE.**

3. This action shall be and hereby is dismissed and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated this 15th day of October, 2013.

Signed By:
Karen K. Caldwell
United States District Judge